UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-81267-CIV-SMITH

**VICTOR ARIZA**,

    Plaintiff,

vs.

**MAXMARA RETAIL, LTD.,**
**a foreign for-profit corporation**,

    Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, VICTOR ARIZA, and Defendant, MAXMARA RETAIL, LTD., (collectively, the "Parties") by and through their respective undersigned counsel and pursuant to Local Rule 16.4, hereby give notice that the Parties have reached an agreement in this case and are in the process of finalizing the necessary paperwork resolving all claims. Accordingly, the Parties respectfully request that the Court stay all matters and pending deadlines in this action and provide the Parties thirty (30) days from the date of filing this Notice to finalize their settlement agreement and file a joint stipulation dismissing this case with prejudice.

Dated: November 25, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |
| | |
| By: _s/ Roderick V. Hannah_ | By: _s/ Pelayo M. Duran_ |
| RODERICK V. HANNAH | PELAYO M. DURAN |
| Fla. Bar No. 435384 | Fla. Bar No. 0146595 |

Case 9:24-cv-81267-RS   Document 8   Entered on FLSD Docket 11/25/2024   Page 2 of 2

2

**BAKER & HOSTETLER LLP**
*Counsel for Defendant*
200 South Orange Avenue, Suite 2300
Orlando, FL  32801
(407) 649-4077
jacox@bakerlaw.com

By   */s/ Joyce Ackerbaum Cox*
         JOYCE ACKERBAUM COX
         Fla. Bar No.: 0090451