UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  24-81267-CIV-SMITH

**VICTOR ARIZA**,

    Plaintiff,

vs.

**MAXMARA RETAIL, LTD.,**
**a foreign for-profit corporation**,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff VICTOR ARIZA and Defendant MAXMARA RETAIL, LTD., pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby voluntarily dismiss all claims in this action *with prejudice*, with each party to bear his/its own attorney's fees and costs.

Dated:  December 10, 2024.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 6355 N.W. 36th Street Suite 307 |
| Sunrise, FL 33351 | Virginia Gardens, FL 33166 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: Duranandassociates@gmail.com |
| | |
| By:   *s/ Roderick V. Hannah* | By:   *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

1

**BAKER & HOSTETLER LLP**
*Counsel for Defendant*
200 South Orange Avenue, Suite 2300
Orlando, FL  32801
(407) 649-4077
jacox@bakerlaw.com


By   */s/ Joyce Ackerbaum Cox*
         JOYCE ACKERBAUM COX
         Fla. Bar No.: 0090451